**PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.      Bar #: 153434
David C. Wakefield, Esq.       Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>             Plaintiffs,<br><br>        v.<br><br>SACOS SMOKE SHOP; RANI SABAH SACO; YOUNESS ZAHI; And DOES 1 THROUGH 10, Inclusive<br><br>             Defendants. | Case No.: 06cv2796 BEN (POR)<br><br>ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, that Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: April 6, 2007                    _____
                                        HONORABLE ROGER T. BENITEZ
                                        UNITED STATES DISTRICT COURT JUDGE